# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

**FILED**

OCT – 2 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

# CR 18   474   RS

TIMOTHY WAYNE PHILLIPS,

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 2113(a) – Bank Robbery;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.§ 2461(c) - Forfeiture Allegation

A true bill.

_____ Foreman

Filed in open court this ___2___ day of

_Oct., 2018_

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

| OFFENSE CHARGED | |
|---|---|
| Counts One to Four: 18 U.S.C. § 2113(a) (Bank Robbery/ Attempted Bank Robbery) [Class C Felony] | ☐ Petty |
| | ☐ Minor |
| | ☐ Misde- meanor |
| | ☒ Felony |
| PENALTY:  Counts One to Four: 20 years imprisonment, $250,000 fine, $100.00 special assessment and 3 years supervised release. | |

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

> TIMOTHY WAYNE PHILLIPS

DISTRICT COURT NUMBER

CR 18 474

RS

*FILED*
*OCT - 2 2018*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI SA JEFFREY KIM

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

_____

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

_____

Name and Office of Person
Furnishing Information on this form _____

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Joseph E. Springsteen

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction }

☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    If "Yes"
been filed?           give date
          ☐ No         filed      _____

DATE OF ▶         Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY         09/21/2018

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____  Before Judge: _____

Comments:

1   ALEX G. TSE (CABN 152348)
2   United States Attorney

3                                                                    FILED

4                                                                OCT - 2 2018

5                                                              SUSAN Y. SOONG
6                                                          CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
7

8                              UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

11
     UNITED STATES OF AMERICA,          )   C R No. 1 8       4 7 4   RS
12                                      )
                Plaintiff,              )
13                                      )
           v.                           )   VIOLATIONS:  18 U.S.C. § 2113(a) – Bank
14                                      )   Robbery;
     TIMOTHY WAYNE PHILLIPS,            )   18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
15                                      )   Forfeiture Allegation
                Defendant.              )
16                                      )
                                        )
17                                      )
     _____)

18

19                                  I N D I C T M E N T

20   The Grand Jury charges:

21   COUNT ONE:  (18 U.S.C. § 2113(a) – Bank Robbery)

22         On or about August 29, 2018, in the Northern District of California, the defendant,

23                              TIMOTHY WAYNE PHILLIPS,

24   did take, by force, violence, and intimidation from the persons and presence of another money, namely

25   $5,449.90 in United States currency, belonging to and in the care, custody, control, management, and

26   possession of U.S. Bank located at 1300 El Camino Real, San Bruno, California, the deposits of which

27   were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States

28   Code, Section 2113(a).

INDICTMENT

1 | COUNT TWO:  (18 U.S.C. § 2113(a) – Bank Robbery)

2 |    On or about September 6, 2018, in the Northern District of California, the defendant,

3 |    TIMOTHY WAYNE PHILLIPS,

4 | did take, by force, violence, and intimidation from the persons and presence of another money, namely

5 | $479.00 in United States currency, belonging to and in the care, custody, control, management, and

6 | possession of Wells Fargo Bank at 1 California Street, San Francisco, California, the deposits of which

7 | were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States

8 | Code, Section 2113(a).

9 |

10 | COUNT THREE:  (18 U.S.C. § 2113(a) – Attempted Bank Robbery)

11 |    On or about September 7, 2018, in the Northern District of California, the defendant,

12 |    TIMOTHY WAYNE PHILLIPS,

13 | did attempt to take, by force, violence, and intimidation from the persons and presence of another,

14 | money belonging to and in the care, custody, control, management, and possession of City National

15 | Bank at 2001 North Main Street Suite 120, Walnut Creek, California, the deposits of which were then

16 | insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code,

17 | Section 2113(a).

18 |

19 | COUNT FOUR:  (18 U.S.C. § 2113(a) – Bank Robbery)

20 |    On or about September 7, 2018, in the Northern District of California, the defendant,

21 |    TIMOTHY WAYNE PHILLIPS,

22 | did take, by force, violence, and intimidation from the persons and presence of another money, namely

23 | $1,407.00 in United States currency, belonging to and in the care, custody, control, management, and

24 | possession of Wells Fargo Bank at 2144 Shattuck Avenue, Berkeley, California, the deposits of which

25 | were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States

26 | Code, Section 2113(a).

27 | //

28 | //

INDICTMENT                                    2

1   <u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

2       1.  The factual allegations contained in Counts One through Four of this Indictment are realleged

3   and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the

4   provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

5       2.  Upon a conviction of any of the offenses alleged in Counts One through Four, the defendant,

6                      TIMOTHY WAYNE PHILLIPS,

7   shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all right,

8   title, and interest in any property, real or personal, constituting and derived from any proceeds traceable

9   to such offenses, including but not limited to a forfeiture money judgment.

10      3.  If any of the property described above, as a result of any act or omission of the defendant:

11               a.  cannot be located upon the exercise of due diligence;

12               b.  has been transferred or sold to or deposited with, a third person;

13               c.  has been placed beyond the jurisdiction of the Court;

14               d.  has been substantially diminished in value; or

15               e.  has been commingled with other property which cannot be divided without

16                   difficulty;

17   any and all interest the defendant has in any other property (not to exceed the value of the above

18   forfeitable property) shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as

19   incorporated by 28 U.S.C. § 2461(c).

20      All in violation of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and pursuant to the

21   procedures of 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

22   //

23   //

24   //

25   //

26   //

27   //

28   //

INDICTMENT               3

1   DATED: 10/2/2018                              A TRUE BILL.

2

3                                                 _____
                                                  FOREPERSON
4

5   ALEX G. TSE
    United States Attorney
6

7

8   DANIEL R. KALEBA
    Deputy Chief, Criminal Division
9

10  (Approved as to form:

11              JOSEPH E. SPRINGSTEN
                Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                    4