ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7234
    Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY PHILLIPS,<br><br>    Defendant. | NO. 06-CR-00179 (PJH)<br>FILED MARCH 21, 2006 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY WAYNE PHILLIPS,<br><br>    Defendant. | NO. 18-CR-00474 (RS)<br>FILED OCTOBER 2, 2018<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION<br><br>**UNDER SEAL** |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent charge, filed on October 2, 2018, in United States v. Timothy Wayne Phillips (Crim. No. 18-CR-00474 (RS)) involves the same defendant as was charged and convicted in United States v. Timothy Phillips (Crim. No. 06-00179 PJH).

NOTICE OF RELATED CASES
U.S. v. TIMOTHY PHILLIPS

In addition, the more recently filed indictment relates to events that occurred while the defendant was serving the term of supervised release arising from the earlier conviction.

The previously filed case against Timothy Phillips involved charges of 18 U.S.C. § 2113, bank robbery (Crim. No. 06-CR-00179 PJH). On July 13, 2007, the defendant plead guilty to three counts of bank robbery, and on January 8, 2008, he was sentenced by the Honorable Phyllis J. Hamilton to 168 months of imprisonment. The more recent charge, filed on October 2, 2018, is a four count indictment alleging new violations of 18 U.S.C. § 2113. Specifically, the indictment (Crim. No. 18-CR-00474 (RS)) alleges that beginning on August 29, 2018, and continuing through September 7, 2018, while still on supervised release arising from the earlier case, the defendant robbed banks in San Bruno, San Francisco, and Berkeley California, and attempted to rob a bank in Walnut Creek. The government is aware that the U.S. Probation Office has filed a Form 12 alleging essentially the same conduct, i.e., that the defendant violated the terms of his supervised release by committing bank robbery.

The Government submits that these two cases are related within the meaning of Local Rule 8-1(b)(1) because the more recent case involves acts allegedly committed by the same defendant while on supervised release for the previous conviction. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: October 2, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

JOSEPH E. SPRINGSTEEN
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. TIMOTHY PHILLIPS